ZACHARY EUGENE WILLIAMS
FULL NAME

COMMITTED NAME (if different)

P.O. BOX 2696 C.A.C.
FULL ADDRESS INCLUDING NAME OF INSTITUTION
CALIFORNIA CITY, CA. 93504

BA1589
PRISON NUMBER (if applicable)

Related DOJ

FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY EUGENE WILLIAMS<br>PLAINTIFF,<br>v.<br>LOS ANGELES COUNTY MEN'S JAIL TRANSPORTATION<br>DEFENDANT(S). | CASE NUMBER CV17-3438-CAS(PLA)<br>*To be supplied by the Clerk*<br><br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO *(Check one)*<br>☑ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

ON JUNE 6TH 2016. WHILE BEING TRANSFERED FROM WAYSIDE JAIL FACILITY TO THE L.A. COUNTY MEN'S JAIL FACILITY. THE INMATE TRANSPORTATION BUS DRIVER EXITED A FREEWAY OFFRAMP. THE DRIVER THAN STRUCK A HIGH CURB. I WAS LEANING FORWARD, CHEST AGAINST MY KNEES. WHILE RIDING IN THE NUMBER TWO "Z" CAGE, ON THE RIGHT-SIDE OF THE BUS. MY HEAD HIT THE CAGE IN FRONT, APON EMPACT. I WAS THAN TAKING TO COUNTY JAIL FROM THERE TO L.A.C.-U.S.C. MEDICAL CENTER. FOR HEAD, NECK, AND UPPER BACK PAIN. BY IT BEING A LAW ENFORCEMENT VEHICLE, THERE WAS A REPORT TAKEN BY THE CALIFORNIA HIGHWAY PATROL.

a. Parties to this previous lawsuit:
Plaintiff NO

Defendants NO

b. Court NO

c. Docket or case number 2:17-CV-01643-CAS-PLA

d. Name of judge to whom case was assigned DISTRICT JUDGE CHRISTINA A. SNYDER

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) I DISMISSED ON SOME BAD ADVICE

f. Issues raised:

g. Approximate date of filing lawsuit: 3-9-2017

h. Approximate date of disposition

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not ON JUNE 13TH 2016 I WAS SENT TO PRISON

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not ON JUNE 13TH 2016 I WAS SENT TO PRISON

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ZACHARY EUGENE WILLIAMS
(print plaintiff's name)

who presently resides at P.O. BOX 2096 C.A.C. CALIFORNIA CITY, CA. 93504,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at LOS ANGELES COUNTY MEN'S CENTRAL JAIL LOS ANGELES, CA.
(institution/city where violation occurred)

on (date or dates) JUNE 6th 2016 (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant LOS ANGELES COUNTY MEN'S CENTRAL JAIL/TRANSPORTATION resides or works at
(full name of first defendant)
441 SO. BAUCHET ST. LOS ANGELES, CA. 90012
(full address of first defendant)
DRIVER WASHINGTON / TRANSPORTATION
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
PERSONAL INJURY

2. Defendant ______ resides or works at
(full name of first defendant)
______
(full address of first defendant)
______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

3. Defendant ______ resides or works at
(full name of first defendant)
______
(full address of first defendant)
______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

## D. CLAIMS*

### CLAIM I

The following civil right has been ~~violated~~:

PERSONAL INJURY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

LOS ANGELES COUNTY SHERIFF DRIVER WASHINGTON - WHILE TRANSPORTING INMATES ON A LOS ANGELES COUNTY SHERIFF BUS. WHEN TRYING TO AVOID ONCOMING TRAFFIC. MADE A HARD RIGHT, AND STRUCK A HIGH CURB.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLAINTIFF PRAYS THAT THE COURT APPOINT COUNSEL ON BEHALF OF PLAINTIFF. SO AS BETTER REPRESENT PLAINTIFF'S INTEREST.

AS THE CONTINUING WRONGS FOR THE HEREIN VIOLATIONS UNTIL IT IS CURED BY THE JURY. PLAINTIFF IS SUING NAMED DEFENDANTS IN THEIR OFFICIAL CAPACITIES EACH IN THE AMOUNT OF ONE HUNDRED THOUSAND DOLLARS FOR ACTUAL DAMAGES; COMPENSATORY DAMAGES IN THE AMOUNT OF ONE HUNDRED THOUSAND DOLLARS; AND PENALIZATION DAMAGES IN THE AMOUNT OF TWO HUNDRED AND FIFTY THOUSAND DOLLARS; A TOTAL OF DAMAGES FOUR HUNDRED AND FIFTY THOUSAND DOLLARS. DEFENDANTS AND THEIR DOES 1 THROUGH 25 IS BEING SUED IN HIS/HER/THEIR INDIVIDUAL AND OFFICIAL CAPACITY WHO WERE ACTING UNDER THE COLOR OF LAW DID ~~VIOLATED~~ THE PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION, CALIFORNIA CONSTITUTION, AND HERE AFTER EXPLAINED OTHER FEDERAL, STATE AND PROCEDURE LAWS IN THE AMOUNT OF ONE HUNDRED THOUSAND DOLLARS ($100,000.00) FOR ACTUAL DAMAGES; ONE HUNDRED THOUSAND DOLLARS ($100,000.00) FOR COMPENSATORY DAMAGES; TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00) FOR PENALIZATIONAL DAMAGES; A TOTAL OF DAMAGES FOUR HUNDRED AND FIFTY THOUSAND DOLLARS ($450,000.00)

4-25-2017
(Date)

Zachary E. Williams
(Signature of Plaintiff)

ZACHARY E. WILLIAMS #BA1589
C.A.C. B4-B-114L
P.O. BOX 2696
CALIFORNIA CITY, CA. 93504

NEOPOST
04/28/2017
US POSTAGE $002.03
ZIP 93505
041M11275759

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 NORTH SPRING ST. ROOM G-8
LOS ANGELES, CA. 90012

PRO SE CLERK

LEGAL MAIL


CERTIFIED ACCOUTING
STATEMENT
INSIDE